

# NUMBER 13-15-00403-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JASMINE RUBY CANTU,                                                    Appellant,

v.

ORALIA VILLARREAL,                                                    Appellee.

## On appeal from the County Court at Law No. 2 of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the County Court at Law No. 2 of Hidalgo County, Texas, in cause number CL-13-3272-B. This cause is presently before the Court on an agreed motion for partial dismissal of this appeal.[1]

---

[1] This cause was severed from appellate cause number 13-15-00048-CV.

Jasmine asserts that she has resolved her claims against Oralia Villarreal, appellee herein, and accordingly no longer wishes to pursue her appeal against Villarreal and requests that this appeal be dismissed as to her claims against Villarreal, with all costs to be taxed against the party incurring same.

The Court, having considered the documents on file and Jasmine's agreed motion for partial dismissal of the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* R. 42.1(d). Having dismissed the appeal at parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
10th day of September, 2015.

2